Form ntcdsm

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.:  08–22550 RAG    Chapter:  13

Kevin E. Johnson Sr.                                 Rhonda L. Johnson
Debtor(s)

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 12/4/08.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 12/4/08

                                        Mark D. Sammons, Clerk of Court
                                        by Deputy Clerk, C Lynch 410–962–6073